NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE LI LIU, STEVE YI LONG CHANG, AND CHENGGONG YANG

---

2014-1638

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 13/872,104.

---

## ON MOTION

---

## O R D E R

Appellants move to withdraw their appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)  The motion is granted.  The appeal is dismissed.

(2)  Each side shall bear its own costs.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

2                                                                                                IN RE LIU

s26

ISSUED AS A MANDATE: <u>August 27, 2014</u>